

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Donald Blakstad</u>, No. 19 Cr. 486 (ER)

Dear Judge Ramos:

    The defendant was arrested in the Southern District of California on or about July 10, 2019 on the charges in the above-referenced Indictment.

    A status conference in this case is currently scheduled for tomorrow, July 18, 2019. However, based on my conversations with defense counsel and the U.S. Attorney's Office in San Diego, I understand that removal proceedings are still underway in the Southern District of California, and that the defendant's identity hearing/Rule 5(c)(3) hearing is not scheduled until July 24, 2019.

    Accordingly, the Government respectfully requests to (i) adjourn tomorrow's conference to a time convenient to the Court during the week of July 29 and (ii) exclude time under the Speedy Trial Act until the scheduled conference date, given the "proceeding[s] relating to . . . the removal of [the] defendant from" the Southern District of California to this District, "under the Federal Rules of Criminal Procedure," 18 U.S.C. § 3161(h)(1)(E). Defense counsel has no objection to this request.

                                               Respectfully submitted,

                                               GEOFFREY BERMAN
                                               United States Attorney

                     By:   _____
                              Edward Imperatore/Brendan Quigley
                              Assistant United States Attorneys
                              (212) 637-2327/2190

cc: Defense counsel (via e-mail)