

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  10/18/2019
```

*Evan L. Lipton*
*Partner*
*Direct Dial (212) 655-3517*
*Fax Number (212) 655-3535*
*ell@msf-law.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  10/18/2019
```

October 17, 2019

<u>By ECF</u>
Hon. Edgardo Ramos
United States District Judge
Thorgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

## MEMO ENDORSED

Re:     *United States v. Donald Blakstad*, 19 Cr. 486 (ER)

Dear Judge Ramos:

I write on behalf of Donald Blakstad, with the consent of the government (A.U.S.A. Imperatore), to respectfully request the adjournment of the status conference in this matter, currently scheduled for October 24, 2019. We request that the conference be rescheduled for October 29 , 2019,. or after 4:00 p.m. on October 28, 2019. The reason for the request is to allow Mr. Blakstad's out-of-state counsel, Eugene Iredale, to attend.

Thank you for your consideration of this application.

Respectfully yours,

/s/ ELL
Evan L. Lipton
Counsel to Donald Blakstad

Cc:    Eugene Iredale

---

The October 24 status conference is adjourned to October 29, 2019, at 12:00 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  10/18/2019
New York, New York