U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __10/22/2019__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Speedy trial time is excluded from October 24, 2019, until October 29, 2019, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __10/22/2019__
> New York, New York

Re:   **United States** v. **Donald Blakstad**, No. 19 Cr. 486 (ER)

Dear Judge Ramos:                                   **MEMO ENDORSED**

    On October 18, 2019, the Court granted the defendant's request to adjourn the next pretrial conference from October 24 until October 29, 2019 at noon. In light of the adjournment, the Government moves to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through October 29, 2019. Counsel for the defendant consent to the Government's request.

                              Respectfully submitted,

                              GEOFFREY BERMAN
                              United States Attorney

                By:   ____/s/_____
                              Edward Imperatore
                              Assistant United States Attorney
                              (212) 637-2327

cc: Defense counsel (via ECF)