UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___11|18|19___

| |
|---|
| United States of America |
| v. |
| Donald Blakstad, |
| Defendant. |

**ORDER**

19-cr-486 (ER)

Ramos, D.J.:

For the reasons stated on the record at the pretrial conference held on October 29, 2019,

the Court modifies Defendant's conditions of bail as follows: Travel restricted to SDNY, EDNY,

the state of California for business, and Nevada to visit his mother.

It is so ORDERED.

Dated:  November 18, 2019
        New York, New York

Edgardo Ramos, U.S.D.J.