
Meister Seelig & Fein LLP

*Evan L. Lipton*
*Partner*
*Direct Dial (212) 655-3517*
*Fax (212) 655-3535*
*ell@msf-law.com*

January 22, 2020

By ECF
Hon. Edgardo Ramos
United States District Judge
Thorgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *United States v. Donald Blakstad*, 19 Cr. 486 (ER)

Dear Judge Ramos:

    I write on behalf of Donald Blakstad, with the consent of the government (A.U.S.A. Imperatore), to respectfully request the adjournment of the status conference in this matter, currently scheduled for January 24, 2020, to February 26, 2020. The reasons for this request are: (1) Mr. Blakstad's lead counsel, Eugene Iredale, is unavailable on the current date because of motion hearings in a California state matter, and wishes to be present to argue the motions he has filed in this matter, and (2) Mr. Iredale intends to supplement the pre-trial motions to address the new charges in the superseding indictment.

    Thank you for your consideration of this application.

                Respectfully yours,

                /s/ ELL
                Evan L. Lipton
                Counsel to Donald Blakstad

Cc:    Eugene Iredale
        Edward Imperatore, Assistant United States Attorney
        (by email)