

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Donald Blakstad</u>, No. 19 Cr. 486 (ER)

Dear Judge Ramos:

   On January 23, 2020, the Court granted the defendant's request to adjourn the next pretrial conference from January 24 until February 26, 2020 at 3:30 p.m. Defense counsel sought the adjournment, with the consent of the Government, in order to accommodate lead defense counsel's schedule in a state court matter in California. In light of the adjournment, the Government and defense counsel move to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 24 through February 26, 2020. A proposed order is enclosed for the Court's consideration.

                                      Respectfully submitted,

                                      GEOFFREY BERMAN
                                      United States Attorney

                 By:     <u>/s/</u>
                        Edward Imperatore/Jared Lenow
                        Assistant United States Attorneys
                        (212) 637-2327/1068

cc: Defense counsel (via ECF)