

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

September 9, 2020

<u>By ECF</u>
Hon. Edgardo Ramos
United States District Judge
Thorgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Donald Blakstad*, 19 Cr. 486 (ER)

Dear Judge Ramos:

      I write on behalf of Donald Blakstad, in furtherance of the Court's Opinion and Order, dated August 19, 2020 (ECF No. 77), directing the release of $15,000 of the cash bail Mr. Blakstad deposited with the district court in San Diego upon his arrest.

      Over the past weeks I have endeavored to obtain these funds for Mr. Blakstad. At this point in time, the funds have been transferred from San Diego and are in control of the SDNY Clerk's office. I am informed by the supervising clerk for the cashier's office that they require an Order specifically directing that the funds be returned to Mr. Blakstad. Additionally, I was told that the Southern District of California places cash bail in interest bearing accounts, and that $201.93 of interest have accrued. I therefore respectfully request that the Court endorse the attached proposed Order directing that $15,201.93 be returned to Mr. Blakstad.

      Respectfully yours,

      /s/ ELL
      Evan L. Lipton
      Counsel to Donald Blakstad

Cc:    Eugene Iredale
       Gov't Counsel

       (by email and ECF)