UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────────x

UNITED STATES OF AMERICA,

  – against –                                          No. 19-cr-486 (ER)

DONALD BLAKSTAD,

  Defendant.
────────────────────────────────────────────x

**ORDER**

Honorable Edgardo Ramos:

    The Clerk of the Court is directed to return $15,201.93 to DONALD BLAKSTAD, the defendant in the above-captioned matter.  This amount includes $15,000 which was posted by defendant DONALD BLAKSTAD when he was arrested in San Diego, California on July 10, 2019, as well as $201.93 of interest generated since that date.

Dated: New York, New York

    September 9, 2020

                                                      Hon. Edgardo Ramos, U.S.D.J.