

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2020

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  **United States** v. **Donald Blakstad** 19 Cr. 486 (ER)

Dear Judge Ramos:

    Please see the attached redacted versions of exhibits to the Government's June 19, 2020 memorandum of law in opposition to the defendant's pretrial motions.  These exhibits were previously filed under seal.  The exhibits have been redacted to remove identifying information for individuals who have not been charged with criminal conduct.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/
    Edward A. Imperatore
    Jared Lenow
    Assistant United States Attorneys
    (212) 637-6327 / 1068

cc:  Defense counsel (via ECF)