**Iredale & Yoo, APC**

**MEMO ENDORSED**

Eugene Iredale
egiredale@iredalelaw.com

June 7, 2021

**VIA SDNY CM/ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

| The application is _x_ granted |
| ___ denied |
| *signature* |
| Edgardo Ramos, U.S.D.J |
| Dated: 6/7/2021 |
| New York, New York |

RE: *United States of America v. Donald Blakstad*
Case No. 19-cr-486

Your Honor,

Defendant Blakstad respectfully requests an order of the Court allowing the entry into the Court house of the following electronic equipment and devices which will be delivered to Courtroom 110, Thurgood Marshall Courthouse, by 1:00 p.m. on Wednesday, June 9, 2021 for trial in this matter, commencing on June 14, 2021. This will permit my associate to take a tutorial and be prepared on the day of trial.

1. Laptop computers, charges, cables and accessories
2. Speaker, cables and accessories
3. LCD monitor and power supply
4. Audio/video switchers and cabling
5. Miscellaneous video and audio cables
6. Miscellaneous power strips
7. Printer, cable and power supply
8. Library cart for exhibits
9. Equipment cart for printer

I appreciate the Court's attention.

Respectfully,

Eugene G. Iredale

105 West F Street, 4th Floor, San Diego, CA 92101-6087 | P: 619-233-1525 | F: 619-233-3221 | www.iredalelaw.com