# Iredale & Yoo, APC

Eugene Iredale
egiredale@iredalelaw.com

June 11, 2021

**VIA CM/ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE: *United States of America v. Donald Blakstad*
            Case No. 19-cr-486

Your Honor,

    Defendant Blakstad respectfully requests an order of the Court allowing the entry into the Courthouse of two cell phones which will be delivered to Courtroom 110, Thurgood Marshall Courthouse for trial in this matter, commencing on June 14, 2021. The cell phones will be held by myself and my associate, Sarah Brockett, and will be used in the event we need to communicate with my law office during breaks in the trial proceedings.

    I appreciate the Court's attention.

Respectfully,

Eugene G. Iredale