

Eugene Iredale
egiredale@iredalelaw.com

**June 13, 2021**

**VIA CM/ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **RE:** *United States of America v. Donald Blakstad*
            **Case No. 19-cr-486**

Dear Judge Ramos,

    Defendant Blakstad respectfully requests an order of the Court allowing myself and my associate, Sarah Brockett, to access the Courthouse Wi-Fi system on our laptops for the duration of trial in this matter, commencing on June 14, 2021 through June 30, 2021.

    I appreciate the Court's attention.

                          Respectfully,

                          Eugene G. Iredale

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

——————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

## United States v. Blakstad

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) 06/14/21 - 06/30/21 .

| Attorney(s) | E-mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Eugene Iredale | egiredale@iredalelaw.com | Laptop | 110 | Yes |
| Sarah Brockett | sbrockettlaw@gmail.com | Laptop | 110 | Yes |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge