**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

June 13, 2021

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *United States v. Donald Blakstad*  19 Cr. 486 (ER)
> Subpoenas to *Illumina, Inc.*

Dear Judge Ramos:

  We write as counsel for Illumina, Inc. ("Illumina") with respect to a proposed negotiated resolution to two subpoenas issued by the defendant and received at Illumina headquarters on June 7, 2021.

  The first subpoena received by Illumina (the "Document Subpoena") sought "(1) the personnel and payroll records for Martha Patricia Bustos; and (2) Any reports, records or correspondence relating to possible disclosure by Ms. Bustos of information relating to Illumina's financial condition."  The second subpoena received by Illumina (the "CFO Subpoena") was addressed to Sam Samad, Illumina's Chief Financial Officer, and directed him to appear for testimony on June 21, 2021.  While the Court quashed the Document Subpoena from the bench on June 10, 2021 on motion of the Government, the CFO Subpoena remains outstanding.

  We have negotiated with counsel for the defendant the following proposed agreement to resolve all requests made by the defense to Illumina:

1. Illumina will produce to the defense certain material responsive to the Document Subpoena.  Specifically, Illumina will produce information from Ms. Busto's personnel file relating to her hiring, performance, and resignation from the company.  This production will not include any information relating to medical or health matters and personal information will be redacted appropriately.

2. The subpoena to Mr. Samad will be quashed and defense counsel will not seek to re-subpoena him in connection with this trial.

**COVINGTON**

We respectfully request that the Court so-order this resolution. The Government takes no position with respect to this request. We will provide a courtesy copy of any production to the Government.

Respectfully Submitted,

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

*Counsel for Illumina, Inc.*

CC:    Counsel of record (via ECF)

**SO ORDERED:**

_____
Hon. Edgardo Ramos
United States District Judge

Date:  June 14, 2021