

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  10/1/2021
```

## MEMO ENDORSED

Eugene Iredale
egiredale@iredalelaw.com

September 29, 2021

**Via CM/ ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Sentencing is adjourned to November 3, 2021 at 10 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __9/30/2021_____
> New York, New York

RE:   *United States v. Donald Blakstad*
      Case No. 19-cr-486

Dear Judge Ramos:

Due to his counsel's calendaring conflicts, Defendant respectfully requests that the Court continue the next appearance in this case from October 28, 2021 to the 3rd, 9th, or 11th of November, 2021, if possible. Counsel has conferred with government counsel who has no objection to this request.

I appreciate Your Honor's attention.

Respectfully submitted,

/S/  Eugene Iredale
EUGENE IREDALE
Iredale and Yoo, APC
Counsel for DONALD BLAKSTAD
105 West F Street, 4th Floor
San Diego, California 92101
Phone: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com

CC: Counsel of record (by ECF)