UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 Plaintiff,

– against –

DONALD BLAKSTAD,

                 Defendant.

**ORDER**

19 Cr. 486 (ER)

RAMOS, D.J.:

    The Government is directed to respond to Defendant Blakstad's Motion for Bail Pending Appeal (Doc. 180) no later than December 23, 2021.

    It is SO ORDERED.

Dated:    December 16, 2021
              New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.