

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  1/4/2022
```

# MEMO ENDORSED

Eugene Iredale
egiredale@iredalelaw.com

**January 3, 2022**

<u>Filed via ECF</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   ***United States v. Blakstad***
       Case No. 19-cr-000486-ER

> Mr. Blakstad's date of surrender is extended to February 4, 2022.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  1/4/2022
> New York, New York

Your Honor,

  I write to apprise the Court that Mr. Blakstad is currently suffering from an infection of the Covid virus. I have attached the results of his PCR tests, both of which were positive. As of now, Mr. Blakstad has not required hospitalization and is convalescing at the home of his sister.

  Mr. Blakstad's motion for bail pending appeal is currently pending before Your Honor.

  The date currently set for Mr. Blakstad to self-surrender is January 7. This application is to request that the Court extend that date by four weeks to Friday, February 4, 2022. I have placed a call to government counsel, and after I speak with counsel I will promptly inform the Court of their position on this request.

  I appreciate Your Honor's attention.

Respectfully submitted,

/S/  Eugene Iredale
EUGENE IREDALE
Iredale and Yoo, APC
Counsel for DONALD BLAKSTAD
105 West F Street, 4th Floor
San Diego, California 92101
Phone: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com

CC: Counsel of record (by ECF)