

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  2/2/2022
```

Eugene Iredale
egiredale@iredalelaw.com

**MEMO ENDORSED**

**February 1, 2022**

Via CM/ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Mr. Blakstad shall surrender to the designated facility on February 24, 2022.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  2/2/2022
> New York, New York

RE:  *United States v. Donald Blakstad*
     Case No. 19-cr-486

Dear Judge Ramos:

This letter is to request a final extension of the surrender date for Mr. Donald Blakstad. Mr. Blakstad was ordered to surrender to the designated institution for service of his sentence on January 7, 2022. He contracted COVID-19 at the end of December 2021. The Court extended the reporting date to February 4, 2022. Mr. Blakstad was able to recover without hospitalization. However, he is still suffering from residual effects of the virus, including asthma, intermittent wheezing, shortness of breath, fatigue and insomnia. His physician has recommended that he avoid travel and congregate settings for three weeks. Please see the attached letter. I am requesting that the Court permit Mr. Blakstad to surrender to the designated facility (FCI Sheridan Satellite Camp, Sheridan, Oregon) on February 24, 2022. Assistant U.S. Attorney Jared Lenow has no objection to this request. I appreciate Your Honor's attention.

Respectfully submitted,

/S/ Eugene Iredale
EUGENE IREDALE
Iredale and Yoo, APC
Counsel for DONALD BLAKSTAD
105 West F Street, 4th Floor
San Diego, California 92101
Phone: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com

CC: Counsel of Record (via ECF)