

Eugene Iredale
egiredale@iredalelaw.com

**December 11, 2025**

<u>Via CM/ ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **RE:**   *United States v. Donald Blakstad*
            Case No. 19-cr-486

Dear Judge Ramos:

    Defendant Donald Blakstad ("Mr. Blakstad") respectfully moves the Court for an order terminating his supervised release. Mr. Blakstad was released from FCI Sheridan, Oregon, on February 8, 2023. He went into a residential drug and alcohol program. His supervised release began on June 7, 2023, and is currently scheduled to end on June 6, 2026.

    A defendant may be eligible for an early termination of supervised release "after the expiration of one year of supervised release ... if [the court] is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e). In determining whether early termination is justified, a court should consider factors set forth in 18 U.S.C. § 3553(a). The decision whether to grant early termination rests within the discretion of the district court. *United States v. Lussier,* 104 F.3d 32, 36 (2d Cir. 1997).

Mr. Blakstad has displayed very good behavior since his release from FCI Sheridan. After he was released in February 2023, Mr. Blakstad spent four months at a residential drug and alcohol program, which he completed successfully. He complied with all testing requirements and has never failed a drug test. After he completed the residential treatment program and commenced his supervised release, he moved to Palm Desert, California, where he lives with his sister.

Mr. Blakstad is 66 and is now retired. He was a devoted, full-time caregiver to his mother until she passed away on November 22, 2025. Mr. Blakstad has undergone treatment for several medical issues in recent years. In September of 2024, he underwent a colon resection and had surgery to repair a double hernia. He was hospitalized for over a week following the surgeries. He recently had his right hip replaced and is waiting for two further surgeries to replace his left hip and his right knee.

Mr. Blakstad has complied with every term of his supervised release. Mr. Blakstad has only six months remaining on his supervised release and has demonstrated exemplary behavior throughout. Mr. Blakstad respectfully requests this Court grant his request to terminate his supervised release at this time.

My office has contacted the U.S. Attorney's Office to ask their position on Mr. Blakstad's request but has been informed that at the present time, no Assistant U.S. Attorney is assigned to Mr. Blakstad's case. I appreciate Your Honor's attention and wish the Court a happy holiday season.

Respectfully submitted,

/s/ Eugene Iredale
EUGENE IREDALE
Iredale and Yoo, APC
Counsel for DONALD BLAKSTAD
105 West F Street, 4th Floor
San Diego, California 92101
Phone: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com

CC: Counsel of record (by ECF)

105 West F Street, 4th Floor, San Diego, CA 92101-6087 | P: 619-233-1525 | F: 619-233-3221 | www.iredalelaw.com